Jane W. Duke, Ark. Bar No. 96190
Christopher D. Plumlee, Ark. Bar No. 96154
**MITCHELL, WILLIAMS, SELIG,**
  **GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8842
Facsimile: (501) 918-7842
Email: jduke@mwlaw.com

Michael A. Carvin (*pro hac admission pending*)
Ryan J. Watson (*pro hac admission pending*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: macarvin@jonesday.com
       rwatson@jonesday.com

*Attorneys for Plaintiffs*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 30 2014

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| DIGITAL RECOGNITION NETWORK, INC.; VIGILANT SOLUTIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MIKE BEEBE, *in his official capacity as Governor of the State of Arkansas*; DUSTIN McDANIEL, *in his official capacity as Attorney General of the State of Arkansas*,<br><br>Defendants. | **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**<br><br>Civil No. 4:14 cv 327 SWW |

### PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Digital Recognition Network, Inc. ("DRN") states that no publicly held corporation owns ten percent or more of its stock and that although DRN does not have a parent corporation, Plaintiff Vigilant Solutions, Inc.

1

("Vigilant") does own a majority interest in DRN.

Pursuant to Federal Rule of Civil Procedure 7.1, Vigilant states that it has no parent corporation and that no publicly held corporation owns ten percent or more of its stock.

Dated: May 30, 2014

Respectfully submitted,

/s/ Jane W. Duke
Jane W. Duke, Ark. Bar No. 96190
Christopher D. Plumlee, Ark. Bar No. 96154
MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8842
Facsimile: (501) 918-7842
Email: jduke@mwlaw.com

Michael A. Carvin*
Ryan J. Watson*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
macarvin@jonesday.com
rwatson@jonesday.com
*Attorneys for Plaintiffs*
*Applications for admission pro hac vice pending*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, a true and correct copy of the foregoing will be served on the following party via hand delivery, consistent with both Fed. R. Civ. P. 4(e)(2)(A) and 4(j)(2):

> Mike Beebe, Governor of the State of Arkansas
> State Capitol
> Room 250
> Little Rock, AR 72201

In addition, I hereby certify that on May 30, 2014, a true and correct copy of the foregoing was served on the following party via certified mail at the following address:

> Mike Beebe, Governor of the State of Arkansas
> State Capitol
> Room 250
> Little Rock, AR 72201

In addition, I hereby certify that on May 30, 2014, a true and correct copy of the foregoing will be served on the following party via hand delivery, consistent with Fed. R. Civ. P. 4(e)(2)(A), at the following address:

> Dustin McDaniel, Attorney General of the State of Arkansas
> Attorney General's Office
> 323 Center Street, Suite 200
> Little Rock, AR 72201

In addition, I hereby certify that on May 30, 2014, a true and correct copy of the foregoing was served on the following party via certified mail, consistent with Fed. R. Civ. P. 5.1(a)(2), at the following address:

> Dustin McDaniel, Attorney General of the State of Arkansas
> Attorney General's Office

323 Center Street, Suite 200
Little Rock, AR 72201

*[signature: Jane W. Duke]*
Jane W. Duke, Ark. Bar No. 96190
MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8842
Facsimile: (501) 918-7842
Email: jduke@mwlaw.com