(REV. 12/17/12)

# TRANSMITTAL SHEET

**TO:**       Clerk, USCA 8          **DATE:** 9/12/2014

**FROM:**    U.S. District Court Clerk
             Eastern District of Arkansas
             Little Rock, Arkansas

**APPEAL NO:** 14-3084

**DISTRICT COURT NO.** 4:14-cv-00327-BSM

**TRANSMITTED HEREWITH:**

**VOLUME:** _____

     Transcript

        Volume and Date: Transcript of Preliminary Injunction Hearing, August 1, 2014
        Volume and Date: _____
        Volume and Date: _____

     In Camera Documents

     Exhibits

        Plaintiff(s) _____
        Defendant(s) _____
        Joint _____

**COMMENTS:** _____

*****************************************************************************

## USCA 8 ACKNOWLEDGMENT

RECEIPT

By: _____
     Deputy Clerk